UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 20-16(DSD/BRT)

Greg Scher,

        Plaintiff,

v.                                  **ORDER**

Federal Bureau of Prisons, by and through
S. Kallis, Warden, FMC Rochester;
A. Schumacher, CO/1; Mathis, CO/1;
John and Jane Does 1-10, FMC Rochester;
Kathleen Hawk-Sawyer, Director, BOP;
and John Doe, Regional Director, et al.,

        Defendants.

     This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Judge Becky R. Thorson dated April 20, 2020.  Plaintiff Greg Scher does not object to the R&R.  ECF No. 11.

     Accordingly, based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

     1.  The R&R [ECF No. 10] is adopted in its entirety; and

     2.  The action is dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 27, 2020

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court